The decision of the Commonwealth Court is reversed.

Justices NIGRO and SAYLOR concur in the result.

**Timothy KRAUS, Appellant,**

v.

**James E. TAYLOR and Harris Fuel, Appellees.**

Supreme Court of Pennsylvania.

Submitted July 28, 1999.

Decided Jan. 20, 2000.

Samuel Merovitz, James L. Rosenbaum, Philadelphia, for Timothy Kraus.

Thomas P. Bracaglia, Philadelphia, for James Taylor and Harris Fuel.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

The appeal is dismissed as having been improvidently granted.